JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD WHITE, JR., <br>     Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br>     Defendants. | No. 5:23-cv-02215-DSF-SP <br><br> JUDGMENT |

    The Court having granted a motion for summary judgment,

    IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendant recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: September 24, 2024

_____
Dale S. Fischer
United States District Judge